Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

JAN 14 2022

Nathan Ochsner, Clerk of Court

Ephesian Johnny Franklin
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Beyonce Giselle Knowles
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ephesian Johnny Franklin
Street Address: 1109 Wilson
City and County: Houston, TX 77019, Harris County
State and Zip Code: Texas. 77019
Telephone Number: 832-
E-mail Address: milli7ephesus@gmail.com
Mailing Address: 211 North Woodson, Willis, Texas, 77378

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
    Name                            Beyonce Giselle Knowles
    Job or Title *(if known)*     Singer
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Defamation, Pain and Suffering, Unlawful authority*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My house, cars, grandmother house, and all assets are in Beyonce Gizelle Knowles music video without my consent. She keep violating me and doing financial damages with recent social stints. She harrass me with defamation.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would need to be relieved with $77,000,000 dollars for family damages, home, cars, books, and Bible damages, and music video "no angel".

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 14, 2022

Signature of Plaintiff: Ephesian Johnny Franklin
Printed Name of Plaintiff: Ephesian Johnny Franklin

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

United States Courts
Southern District of Texas

JAN 4

Nathan Ochsner, Clerk of Court

Ephesan Franklin
21 N Woodson
Willis, Tx 77318

United States
Southern District of
Post Office Box 61
Houston, Tx 77208



Beyoncé - No Angel (Video)
17M views

Beyoncé - No Angel (Video)





**Beyoncé - No Angel (Video)**
BeyoncéVEVO   16,442,625 views

7 Slab Parade Images; Ephesian Franklin also known as 4thWardKingfish







♡ 1263 likes
hogglife101 #slabparade creator @4thwardredkingfish
view all 19 comments
therealest_08 @nashira12 Lmao yea I was talking bout slim



### Beyonce: No Angel on Vimeo
Vimeo › BONFIRE › Videos



**UPLOADED BY:**
BONFIRE

**POSTED:**
Feb 14, 2019

### No Angel by Beyoncé - Songfacts
Songfacts › facts › beyonce › no-angel

No Angel by Beyoncé song meaning, lyric interpretation, video and chart position.



**Beyoncé - No Angel (Video)**
17,172,742 views

Music video beyonce mv Gif... | Beyonce - No Angel Music...
gifer.com | pinterest.com

 

You can buy the house use... | UKMIX Forums
entertainment.ie | ukmix.org

 

Beyonce No Angel - Video ... | Columbia |
wopvideos.com | asdasdlkj.thecinemart.com

 

No Angel video clip sells ... | Beyonce No ANGEL (Bey-c...
dailymail.co.uk | youtube.com



Collections



Beyoncé's 'Flawless': The ...
theatlantic.com



Beyoncé Models Plus Size ...
therecessionista.com



Beyonce - No Angel (Officia...
myvideo.az



crazy in love with Beyonce ...
beyonce.trendolizer.com





JAY-Z's Marriage After Che...


Ngozi Adichie - Flawless
♪♪♪♪
3 months ago     730,649 views


**Beyoncé - Haunted (Music Video)**
James W
2 months ago     11,625 views


**Beyonce - Jealous (Official Video) [HD 720p]**
Henrietta-Aime-Fumer_Tv
3 months ago     357,850 views


**Beyoncé (19) Blow (Video) HQ**
Eurovision Memories Greece
3 months ago     116,598 views


**Beyoncé (20) No Angel (Video) HQ**
Eurovision Memories Greece
3 months ago     40,134 views